# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0024.  CHERIE LONG v. DUANE TRUEX.**

Appellant has filed an emergency motion for extension of time in which to file an application for discretionary appeal of an order issued by the Superior Court of DeKalb County on December 18, 2019. After due consideration, it is hereby ordered that an extension shall be granted. Appellant's discretionary application is now due on or before January 31, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/17/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*